UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANEE DAVIS, | |
| Plaintiff, | 1:16-cv-04835 |
| v. | Honorable Judge Elaine E. Bucklo |
| AD ASTRA RECOVERY SERVICES, INC., | |
| Defendant. | |

## Report of Parties' Planning Meeting

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a (telephonic) meeting was held on June 28, 2016, and was attended by: Mohammed O. Badwan (Counsel for Plaintiff), and Sarah E. Doerr, of the firm of Moss & Barnett, Defendant's national counsel.[1]

2. **Pretrial Schedule.** The parties jointly propose to the court the following discovery plan:

   Plaintiff to amend pleadings by August 28, 2016.
   Plaintiff to add any additional parties by August 28, 2016.
   Defendant to amend pleadings by September 28, 2016.
   Defendant to add additional parties by September 28, 2016.

3. **Discovery.** Discovery will be needed on the issues raised in Plaintiff's Complaint. Specifically, the Complaint alleges that the Defendant violated numerous consumer protection statutes in its attempts to collect an alleged debt from Plaintiff.

   (a) Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by August 1, 2016. Fact Discovery to be completed by January 30, 2017.

   (b) The parties expect they will need approximately two depositions.

   (c) The parties do not anticipate any expert discovery. The parties request a status conference at or near the close of fact discovery to inform the court whether expert discovery will be needed.

   (d) All potentially dispositive motions should be filed by March 30, 2017.

---

[1] Defendant has yet to file an appearance in the case. As explained in Section 4 of the instant report, the parties are optimistic a settlement can be reached in short order. In the event a settlement is not reached, Defendant anticipates on retaining local counsel.

(e) Final pretrial order: Plaintiff to prepare proposed draft by July 14, 2017. Parties to file joint final pretrial order by August 1, 2017.

(f) The case should be ready for trial by August 15, 2017, and a jury trial should last no more than two days.

4. **Settlement.** The parties are engaged in promising settlement discussions and are working together to minimize litigation costs. The Defendant has yet to answer the complaint and respectfully requests through July 21, 2016 to answer or otherwise plead in the event the parties are not able to reach a settlement

5. **Consent.** The parties do not unanimously consent to proceed before a Magistrate Judge.

Date: June 28, 2016

JANEE DAVIS

By: s/Mohammed O. Badwan
    Mohammed Omar Badwan
    SULAIMAN LAW GROUP, LTD.
    900 Jorie Boulevard, Suite 150
    Oak Brook, IL 60523
    (630) 575-8181
    *Counsel for Plaintiff*